

# JULIAETTE TUBBS
TAX ASSESSOR

HALE COUNTY COURTHOUSE  
1001 MAIN STREET  
ROOM 3AA  
GREENSBORO, AL 36744

PHONE  
334-624-3854  
FAX 334-624-5762

Date: 09/21/11

Deliver To:

Name: _____

Firm: _____

Telephone No.: _____

Fax No.: 205-383-3210

Number of Pages (Including Cover Sheet) 2

SENDER INFORMATION:

Contact Person: _____

Department: _____

Telephone No: (334) 624-3854

MESSAGE/INSTRUCTIONS:



Tax Assessor's Office

FAX NUMBER
(334) 624-5762

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have recieved this communication in error, please notify the sender immediately by telephone. Thank you.

NOTE: If you did not recieve the total number of pages indicated, please call 334-624-3854.

```
02/02  RL  7040  ST  45.75  4000  25.00   19.75  42.24  0.00    02   0.00   208.52
       PP     0  CO 116.16  2000  33.00   83.16                 03  35.20
       TL  7040  CW  28.16     0   0.00   28.16                 04   0.00
                                                                05   0.00
```

```
                                            Timber:        0.00
                                      Assessor Fee:        0.00
                                         TOTAL DUE:      208.52
```

TAX YEAR   2011            YEAR E/E SIGNED      0

```
    128470       WALLER, EDDIE
    Regular
                 165 BRENTWOOD LANE

                 MOUNDVILLE AL 35474
```

```
    03-01-12-1-005-009.000 #   Sec:12 Twn:23N Rng:04E           03
       Book:A130   Page:415  Date:12/30/1998
       LOT 24 MOUNDVILLE EST NE 1/4 S12 T23 R4E
       MB 1 SEC B PG 88
```

```
       MOUNDVILLE
       Lot 100.00X 200.00                    3   10000   N    10000    0   1000   0
       SINGLE FAMILY                         3   60370   Y    60370        6040   0
                              ***********TOTAL APPR:   70370***************************TOTAL ASSD:    7040***********
```

3346245762

16:26

09/19/2011